#106 #128436

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

2010 APR 20 PM 3:

| In re: | ) | Case Number: 08-32129 |
| --- | --- | --- |
| Linda B. Malsch, | ) | Chapter 7 |
| Debtor. | ) | JUDGE RICHARD L. SPEER |

### REPORT OF DIVIDENDS OF LESS
### THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
| --- | --- | --- |
| Linda B. Malsch | 1740 Shantilly Drive<br>Maumee, OH 43537 | $86.04 |

Check number 106 in the amount of $86.04 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

April _14_, 2010

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129